Jeffrey A. LeVee (State Bar No. 125863)
jlevee@Jonesday.com
Eric P. Enson (State Bar No. 204447)
epenson@jonesday.com
Charlotte Wasserstein (State Bar No. 279442)
cswasserstein@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071.2300
Telephone: +1.213.489.3939
Facsimile: +1.213.243.2539

Attorneys for Defendant
INTERNET CORPORATION FOR ASSIGNED
NAMES AND NUMBERS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY GLEN, LLC, <br><br> Plaintiff, <br><br> v. <br><br> INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, <br><br> Defendant. | Case No. 2:16-cv-5505 PA (ASx) <br><br> Assigned for all purposes to the Honorable Percy Anderson <br><br> **SECOND STIPULATION ON DEFENDANT'S RESPONSE DATE TO AMENDED COMPLAINT** |

1     **WHEREAS**, on July 22, 2016, Plaintiff Ruby Glen, LLC ("Plaintiff") filed a complaint against defendant Internet Corporation for Assigned Names and Numbers ("Defendant"). (ECF No. 1.)

4     **WHEREAS**, on July 26, 2016, this Court ordered Plaintiff to file an amended complaint "to establish federal subject matter jurisdiction" by August 8, 2016. (ECF No. 21 at 5.)

7     **WHEREAS**, Plaintiff filed an amended complaint ("Amended Complaint") on August 8, 2016 (ECF No. 23), making Defendant's response to the Amended Complaint due on or before August 25, 2016.

10     **WHEREAS**, the parties met and conferred on the timing of Defendant's response to the Amended Complaint, and stipulated and agreed that Defendant's time to answer, move to dismiss or otherwise respond to the Amended Complaint should be extended by thirty (30) days to Monday, September 26, 2016.

14     **WHEREAS**, this Court entered an order granting that stipulation on August 23, 2016 (ECF No. 25).

16     **WHEREAS**, Defendant is currently in the process of investigating certain of the issues raised in the Amended Complaint through Defendant's internal accountability mechanisms.

19     **WHEREAS**, the parties have determined that resolution of certain issues in controversy may be aided by allowing Defendant to complete its investigation of Plaintiff's allegations prior to the filing of its responsive pleading.

22     **NOW, THEREFORE**, the parties stipulate and agree that Defendant's time to answer, move to dismiss or otherwise respond to the Amended Complaint shall be extended by an additional thirty (30) days to Wednesday, October 26, 2016.

25     Pursuant to Local Rule 5-4.3.4, Eric P. Enson hereby attests that the following signatories concur in the filing's content and have authorized the filing.

27     **IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: September 16, 2016 | JONES DAY |
| 2 | | By: */s/ Eric P. Enson* |
| 3 | | Eric P. Enson |
| 4 | | Attorneys for Defendant<br>INTERNET CORPORATION FOR<br>ASSIGNED NAMES AND NUMBERS |
| 5 | | |
| 6 | Dated: September 16, 2016 | COZEN O'CONNOR |
| 7 | | By: */s/ Paula L. Zecchini* |
| 8 | | Paula L. Zecchini |
| 9 | | Attorneys for Plaintiff<br>RUBY GLEN LLC |