JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY GLEN, LLC, | CV 16-5505 PA (ASx) |
| Plaintiff, | JUDGMENT |
| v. | |
| INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, | |
| Defendant. | |

Pursuant to the Court's November 28, 2016 Minute Order granting the Motion to Dismiss filed by defendant Internet Corporation for Assigned Names and Numbers ("ICANN"), which dismissed all of the claims asserted by plaintiff Ruby Glen, LLC ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that ICANN shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

//

//

//

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take
2  nothing and that ICANN shall have its costs of suit.
3  IT IS SO ORDERED.
4  DATED: November 28, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE